IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2019CV030975

**ALLISON BROOKMAN**,

    Plaintiff,

v.

**DILLON COMPANIES, LLC d/b/a KING SOOPERS, INC.**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Dillon Companies, LLC d/b/a King Soopers, Inc., by and through its counsel, Ashley R. Larson and Sara N. Randel, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    Dillon Companies, LLC d/b/a King Soopers, Inc. ("King Soopers") is the Defendant in the above titled action, originally filed in the District Court, Boulder County, Colorado, Case No. 2019CV030975. On or about October 10, 2019, Plaintiff, Allison Brookman ("Ms. Brookman") filed her Complaint and Jury Demand in Boulder County District Court, Colorado. The Complaint seeks recovery of damages as to Dillon Companies under C.R.S. § 13-21-115. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Ms. Brookman is a citizen of the State of Colorado. *See* **Exhibit A** at ¶1. Defendant Dillon Companies is a citizen of the state of Kansas. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶2.

4. The amount in controversy exceeds $75,000. *See* **Exhibit C,** Plaintiff's District Court Civil Cover Sheet (showing she seeks more than $100,000 in damages); *see also* Paros Properties, LLC v. Colorado Cas. Ins. Co., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Plaintiff's Complaint alleges she has incurred past and future economic expenses, losses, and damages, including, but not limited to, medical expenses, rehabilitation expenses, wage loss, loss of earning capacity, and other economic losses. *See* **Exhibit A** at ¶19. Accordingly, the amount in controversy exceeds $75,000.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Dillon Companies has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of

Removal. Dillon Companies was served with Plaintiff's Complaint and Jury Demand in this matter on October 23, 2019. *See* **Exhibit D**. Thus, Dillon Companies' Notice of Removal is due November 22, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Dillon Companies has complied with the procedural requirements of 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1.

8. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Boulder. *See* **Exhibit E**. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for Boulder County in Civil Action No. 2019CV030975 and provided to Plaintiff's counsel.

9. A copy of all process, pleadings, and orders that were served by the parties are attached. In addition to those mentioned above, the Summons to Dillon Companies is attached as **Exhibit F**. The register of actions is attached as **Exhibit G**. No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Boulder. The process, pleadings, and orders are captioned as follows:

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit A**   Complaint and Jury Demand;

**Exhibit D**   Return of Service regarding Dillon Companies d/b/a King Soopers, Inc.;

**Exhibit F**   Summons to Dillon Companies, LLC;

**Exhibit H**   Dillon Companies' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint w/ Proposed Order;

**Exhibit I**     Order Re Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, Dillon Companies, LLC d/b/a King Soopers, Inc. respectfully requests that this case be removed from the District Court for the County of Boulder, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 21st day of November, 2019.

> */s/   Ashley R. Larson*
> Ashley R. Larson
> Sara N. Randel
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  alarson@suttonbooker.com;
> srandel@suttonbooker.com
> ***Attorneys for Defendant,***
> ***Dillon Companies, LLC D/b/a King Soopers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Joseph Woelkers
> Zaner Harden Law, LLP
> 1610 Wynkoop, Ste 120
> Denver CO  80202

> */s/   Kayla Elizabeth O'Grady*

*A duly signed original is on file at Sutton | Booker | P.C.*