IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03292-KLM

ALLISON BROOKMAN,

    Plaintiff,

v.

DILLON COMPANIES, LLC, doing business as King Soopers Inc.,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Dismissal With Prejudice** [#98] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#98] is **GRANTED**.

IT IS FURTHER **ORDERED** that this case is **DISMISSED with prejudice**, with each party to pay its own fees and costs.

IT IS FURTHER **ORDERED** that the Clerk of Court shall **CLOSE** this case.

Dated: August 27, 2021

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L. Mix
United States Magistrate Judge

1